

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00492-CV

| | | |
|---|---|---|
| GARY BRUCE PEEK, Appellant | § | On Appeal from the 271st District Court |
| V. | § | of Wise County (CV12-04-254) |
| | § | September 14, 2023 |
| LINDA MAYFIELD, Appellee | § | Memorandum Opinion by Justice Birdwell |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellant Gary Bruce Peek shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Wade Birdwell
Justice Wade Birdwell